UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARIA TORRES CRUZ,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY | C.A. No. 11-638-M |

## ORDER

The matter is before this Court on the Report and Recommendation (R&R) issued by United States Magistrate Judge Patricia A. Sullivan. (ECF No. 18.) Magistrate Judge Sullivan recommends that the Court grant Maria Torres Cruz's Motion to Reverse (ECF No. 16) and that the court deny Commissioner's Motion to Affirm. (ECF No. 17.) No objection has been filed to the R&R.

This Court's review of the R&R is pursuant to Rule 72(b)(3) of the Federal Rules of Civil Procedure: "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *See also* 28 U.S.C. § 636(b)(1). After careful review of the R&R, this Court agrees with Magistrate Judge Sullivan's thorough and well-reasoned recommendation.

The R&R (ECF No. 18) is accepted. The court GRANTS Ms. Cruz's Motion to Reverse Decision of the Commissioner (ECF No. 16) and DENIES the Commissioner's Motion to Affirm the Decision of the Commissioner (ECF No. 17).

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

March 4, 2013