# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

_____

**MARIA TORRES CRUZ**                                )
                                                                          )
                                                                          )
      **v.**                                                )          **C.A. NO: 11-638-M**
                                                                          )
**CAROLYN W. COLIN, Acting**                  )
 **Commissioner Social Security**           )
 **Administration**                                      )

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Plaintiff, Maria Torres Cruz, against the Defendant, Carolyn W. Colin, Acting Commissioner of Social Security Administration, pursuant to the  Order dated March 4, 2013 by Judge John J. McConnell GRANTING the Plaintiff's Motion to Reverse the Commissioner and DENYING the Defendant's Motion to Affirm the Commissioner.  This matter is remanded under Sentence Four of 41 U.S.C. § 405(g).**

**Enter**:


   **/s/ Barbara Barletta**
**Deputy Clerk**

**DATED: March 4, 2013**